IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–32–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CAITLIN ASHLEY EVANS, | |
| Defendant. | |

Before the Court is Defendant Caitlin Ashley Evans's Unopposed Motion to Continue Sentencing Hearing and Vacate Related Deadlines. (Doc. 31.) The motion states that Ms. Evans seeks a continuance of the sentencing hearing and sentencing memoranda deadlines to allow her the opportunity to re-apply to the GLACIER Program, also known as "drug court." (*Id.* at 2.) The motion further states that Ms. Evans personally consents to the continuance, and the United States does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 31) is GRANTED. The sentencing hearing set for February 22, 2023, at 1:30 p.m. is VACATED and RESET for March 22, 2023, at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

IT IS FURTHER ORDERED that the following associated deadlines are VACATED and RESET as follows:  Unresolved objections, sentencing memoranda, notice of witnesses, and letters of support are due on or before March 10, 2023.  Any responses to sentencing memoranda are due on or before March 15, 2023.

The Court's prior scheduling order (Doc. 27) otherwise remains in full force and effect.

DATED this 10th day of February, 2023.

_____
Dana L. Christensen, District Judge
United States District Court